NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1381, -1424

ASTRAZENECA LP
and ASTRAZENECA AB,

Plaintiffs-Cross Appellants,

v.

APOTEX, INC.
and APOTEX CORP.,

Defendants-Appellants.

Appeals from the United States District Court for the District of New Jersey in case no. 09-CV-1518, Judge Renee Marie Bumb.

ON MOTION

Before GAJARSA, Circuit Judge.

ORDER

Breath Limited moves for leave to file a brief amicus curiae. AstraZeneca LP et al. (AstraZeneca) oppose. Breath Limited replies. Xttrium Laboratories, Inc. moves for leave to file a brief amicus curiae. AstraZeneca opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

SEP 1 7 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Denis L. Loring, Esq.
     Richard J. Basile, Esq.
     William A. Rakoczy, Esq.
     Richard T. Ruzich, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 7 2009

JAN HORBALY
CLERK

2009-1381, -1424                           - 2 -